UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  22cr10049 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| ABIGAIL PACHECO, | ) | Count One: Money Laundering Conspiracy |
| | ) | (18 U.S.C. § 1956(h)) |
| Defendant | ) | |
| | ) | Forfeiture Allegation: |
| | ) | (18 U.S.C. § 982(a)(1)) |

INDICTMENT

COUNT ONE
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The Grand Jury charges:

From in or about February 2021 through in or about May 2021, in Boston, in the District of Massachusetts, in San Juan, in the District of Puerto Rico, in the Dominican Republic, and elsewhere, the defendant,

ABIGAIL PACHECO,

conspired with others known and unknown to the Grand Jury to:

(a) conduct and attempt to conduct financial transactions, to wit, delivery, transfer, and deposit of bulk United States currency, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, drug trafficking, in violation of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) conduct and attempt to conduct financial transactions, to wit, delivery, transfer, and deposit of bulk United States currency, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, drug trafficking, in violation of Title 21, United States Code, Section 841(a)(1), and knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

(c) knowingly engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000, that is, United States currency, where such property was derived from specified unlawful activity, that is, drug trafficking, in violation of Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

## MONEY LAUNDERING FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(1))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1956(h), set forth in Count One, the defendant,

ABIGAIL PACHECO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

/s/ Foreperson

FOREPERSON

/s/ Stephen W. Hassink

STEPHEN W. HASSINK
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March __2nd__, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira - signed at 12:48pm
DEPUTY CLERK