**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**    Boston                          **Related Case Information:**

**County**    Suffolk                       Superseding Ind./ Inf. _____   Case No. _____
                                            Same Defendant _____   New Defendant _____
                                            Magistrate Judge Case Number _____
                                            Search Warrant Case Number   21-mj-6609, 6610, 6611-MPK
                                            R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    ABIGAIL PACHECO          Juvenile:          ☐ Yes  ☑ No

                      Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**

**Address**          (City & State)  La Romana, Dominican Republic

**Birth date (Yr only):** 1992  **SSN (last4#):** _____  **Sex** M   **Race:** Hispanic   **Nationality:** Venezuelan

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Stephen Hassink          Bar Number if applicable   693496

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:   Spanish

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

        ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____   in _____  .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**    ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    03/02/2022        ⊞        Signature of AUSA:   STEPHEN HASSINK  Digitally signed by STEPHEN HASSINK
                                                                          Date: 2022.03.02 09:08:02 -05'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      ABIGAIL PACHECO

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1596(h) | Money Laundering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 982 | Money Laundering Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013